**NEOPOST INDUSTRIE B.V., Neopost,
Inc., Neopost S.A. and Hasler, Inc.,
Plaintiffs–Appellants,**

v.

**PFE INTERNATIONAL, INC. and
PFE International Limited,
Defendants–Appellees.**

No. 06–1177.

United States Court of Appeals,
Federal Circuit.

July 25, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).